IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROBERT JOHNSON, JR.                                               PLAINTIFF

             v.                       Civil No. 04-4145

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                       DEFENDANT

## **JUDGMENT**

On this 2nd day of May, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Michael Angel, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees in the amount of $2,323.60 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                     /s/ Bobby E. Shepherd
                                                     HONORABLE BOBBY E. SHEPHERD
                                                     UNITED STATES MAGISTRATE JUDGE